UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REBECCA S. SCHILTHUIS,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, February 3, 2006**, and responses to these motions shall be filed by **Friday, February 17, 2006**.  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, February 23, 2006, at 4:00 pm.**  It is

    FURTHER ORDERED that a three-day jury trial is set for **Monday, March 6, 2006, at 9:00 a.m.**

    Dated:  January 11, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge