UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REBECCA S. SCHILTHUIS,

    Defendant.
_____

**ORDER**
_____

    A Notice of Disposition was filed in the above matter on February 13, 2006.  A Change of Plea hearing is set for **Monday, May 1, 2006, at 3:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 48 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    The final trial preparation conference set for Thursday, February 23, 2006, at 4:00 pm. is **VACATED**.  The three-day jury trial set to commence Monday, March 6, 2006, at 9:00 a.m. is also **VACATED**.

    Dated:  February 13, 2006

                                                s/ M. Brooke McKinley
                                                Law Clerk to
                                                Wiley Y. Daniel
                                                U. S. District Judge