IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REBECCA SCHILTHUIS,

    Defendant.

---

## ORDER

---

    The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come before the Court and the Court being fully advised:

    IT IS HEREBY ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

    DATED this 10th day of October, 2006.

                                                s/ Wiley Y. Daniel,
                                                United States District Judge