**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00528-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

REBECCA S. SCHILTUIS

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE**

---

       On October 10, 2006, the defendant was sentenced to the custody of the Bureau of Prisons for a term of 60 months to be followed by five years of supervised release. On June 21, 2010, the defendant released to the community to begin her supervised release. On or around August 11, 2010, the defendant died as a result of a homicide. Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and the proceedings in the case be terminated.

       DATED at Denver, Colorado, this 13th day of September, 2010.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief U.S. District Judge